# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| | (For **Revocation** of Probation or Supervised Release) |
| V. | CASE NUMBER: 3:04-cr-25-J-32HTS |
| | USM NUMBER: 30452-018 |
| RAQIB ATTAR | |
| | Defendant's Attorney: James H. Burke |

**THE DEFENDANT:**

**X** admitted guilt to violation of charge number(s) **One and Two (1 & 2)** of the term of supervision.

__ was found in violation of charge number(s)___ after denial of guilt.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Criminal conduct occurring while on supervision | November 17, 2006 |
| 2 | Travel outside the district without permission | November 17, 2006 |

The defendant is sentenced as provided in page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

__ The defendant has not violated charge number(s)__ and is discharged as to such violation charge(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: **September 26, 2007**

TIMOTHY J. CORRIGAN
UNITED STATES DISTRICT JUDGE
DATE: September _27_, 2007

AO 245D  (Rev. 01/07) Judgment in a Criminal Case for Revocation
          Sheet 2 - Imprisonment

| | | |
|---|---|---|
| Defendant: | RAQIB ATTAR | Judgment - Page 2 of 2 |
| Case No.: | 3:04-cr-25-J-32HTS | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**TWELVE (12) MONTHS**

_____  The Court makes the following recommendations to the Bureau of Prisons:

__X__  The defendant is remanded to the custody of the United States Marshal.

_____  The defendant shall surrender to the United States Marshal for this district:

   \_\_\_\_  at _____ a.m.   p.m.   on _____.

   \_\_\_\_  as notified by the United States Marshal.

\_\_\_\_  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   \_\_\_\_  before 2 p.m. on _____.

   \_\_\_\_  as notified by the United States Marshal.

   \_\_\_\_  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
          DEPUTY UNITED STATES MARSHAL